

**ORDERED in the Southern District of Florida on September 16, 2021.**

*[signature]*

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN THE MATTER OF:                    CASE NO.  21-15490-LMI
COSME PRIETO                         CHAPTER 13

    Debtor,
_____/

### ORDER CONTINUING OBJECTION TO CLAIM OF ACAR LEASING LTD 2-1, DE 19

    **THIS CASE** came before the Court on the Chapter 13 Consent Calendar on September 9, 2021, on the Objection to Claim of ACAR Leasing LTD (2-1), filed by the Debtor, through the undersigned counsel, DE # 19, and no objection being heard:

**ORDERED** as follows:

1. The Objection to Claim of ACAR Leasing LTD (2-1), DE #19 is continued to October 12, 2021, 9:00 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. If the courthouse has not reopened, the hearing will be conducted via video conference using the services of Zoom Video Communications and all parties must appear through Zoom. To participate through Zoom, you must click on the following link or manually enter the following link in a browser:

https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4#

###

Submitted by
Ricardo Corona, Esq
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
3899 NW 7 ST #202-B
MIAMI, FL 33126
Phone: (305)547-1234
Fax: (305)266-1151

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.